## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JENNY D. GROTE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  Case No. 12-CV-1330-KHV-JPO |
| | ) |
| BEAVER EXPRESS SERVICE, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### JOINT STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a), Plaintiff Jenny D. Grote ("Plaintiff") and Defendant Beaver Express Service, LLC ("Defendant") (collectively, the "Parties") hereby stipulate to the dismissal with prejudice of all claims asserted in this action by Jenny D. Grote.  The Parties further stipulate that each Party shall bear its own attorney's fees and costs.

**AYESH LAW OFFICES**

*s/Ray E. Simmons*
Ray E. Simmons (#12296)
Mark G. Ayesh (#10175)
8100 East 22 St N, Bldg 2300, Suite 2
P. O. Box 781750
Wichita, KS 67278-1750
rsimmons@ayesh.kscoxmail.com
mayesh@ayesh.kscoxmail.com
*Attorneys for Plaintiff*

**STINSON MORRISON HECKER LLP**

*s/Stephanie N. Scheck*
Stephanie N. Scheck   (#17641)
Jesse Tanksley            (#24162)
1625 N. Waterfront Pkwy, Suite 300
Wichita, KS 67206-6620

sscheck@stinson.com
jtanksley@stinson.com
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of November, 2013, a true and correct copy of the above and foregoing was electronically served via the ECF system to the following:

> Mark G. Ayesh (#10175)
> Ray E. Simmons (#12296)
> mayesh@ayesh.kscoxmail.com
> rsimmons@ayesh.kscoxmail.com

*s/Stephanie N. Scheck*